Filing # 89507130 E-Filed 05/14/2019 03:13:03 PM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:

LEE ALLEN KUSHNER, JR.,

        Plaintiff,

vs.

JAMES RIVER INSURANCE COMPANY,

        Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, Lee Allen Kushner, Jr. ("Plaintiff"), by and through the undersigned attorney, sues Defendant, James River Insurance Company (hereinafter "James River"), and alleges:

### INTRODUCTION

1. This is an action for uninsured motorist benefits with damages in excess of Fifteen Thousand Dollars ($15,000.00).

2. On the date of the accident at issue in this case, Plaintiff was a resident of Palm Beach County, Florida and is sui juris.

3. At all times material hereto, Defendant, James River, was a foreign corporation duly licensed to transact business in the State of Florida and maintained agents for the transaction of its customary business in Palm Beach County, Florida.

### COUNT I – BREACH OF CONTRACT/ CLAIM FOR UNINSURED MOTORIST BENEFITS

4. On or about December 12, 2017, the tortfeasor, Brandon Ray Bjork, operated a



EXHIBIT A

motor vehicle along State Road 804 in Boynton Beach, Florida.

5. At that time and place, the tortfeasor, Brandon Ray Bjork, negligently operated or maintained the motor vehicle so that it collided with Plaintiff's vehicle.

6. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

7. At all times material hereto, the tortfeasor, Brandon Ray Bjork, was an underinsured motorist.

8. Plaintiff was an insured under Defendant James River's Policy Number CA436100Fl-02 which provided for bodily injury coverage in the event of an accident with an underinsured motorist. A copy of the policy is not currently possession of Plaintiff, but the policy is in the possession of Defendant, James River.

9. The above-described policy was in full force and effect on the date of the accident and it provided coverage to Plaintiff for bodily injuries sustained in said accident.

10. Plaintiff has performed all conditions precedent to entitle him to recover benefits for personal injury under the uninsured/underinsured motorist coverage with Defendant, James River.

11. Defendant, James River, has failed to pay for Plaintiff's covered losses despite the fact that Defendant, James River, has no reasonable proof to establish that it is not responsible for the payment.

12. Due to the failure of Defendant, James River, to pay underinsured motorist benefits

in accordance with the policy, Plaintiff has been required to retain the undersigned law firm for the prosecution of this lawsuit.

13.     Pursuant to Florida Statute §627.428, Plaintiff is entitled to attorney's fees.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant, James River plus post-judgment interest, and any other damages as the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

DATED this 14th day of May 2019

Respectfully Submitted,

**JB LAW, P.A.**
Attorney for Plaintiff
2300 Glades Road
Suite 460W
Boca Raton, FL 33431
(561) 717-951
(561) 431-7737 (fax)


By: /s/ Jonathan S. Burns
    JONATHAN S. BURNS
    Fla. Bar No. 0027555
    jburns@jbinjurylaw.com

NOT A CERTIFIED COPY

Filing # 90747037 E-Filed 06/07/2019 11:48:05 AM

## RETURN OF SERVICE

State of Florida           County of PALM BEACH           Circuit Court

Case Number: 502019CA006381XXXXMB (AJ)

Plaintiff:
**LEE ALLEN KUSHNER, JR**
vs.
Defendant:
**JAMES RIVER INSURANCE COMPANY**

For: JONATHAN BURNS
    JB LAW, P.A.

Received by OJF SERVICES, INC. on the 5th day of June, 2019 at 8:52 am to be served on **JAMES RIVER INSURANCE COMPANY, 6641 WEST BROAD STREET, SUITE 300, RICHMOND, VA 23230.** I, Jody Ashworth, do hereby affirm that on the 6 day of June, 2019 at 3:16 p.m., executed service by delivering a true copy of the SUMMONS, COMPLAINT, REQUEST TO PRODUCE, AND INTERROGATORIES in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving Jay Howe as Claims Manager

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 45  Sex (M) F  Race Caucasian  Height 5'9"  Weight 160  Hair Brown  Glasses Y (N)

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE".

*NOT A CERTIFIED COPY*

Jody Ashworth
PROCESS SERVER # N/A
Appointed in accordance with State Statutes

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: 2019009125

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



*** FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK 06/07/2019 11:48:05 AM ***

\*\*\*\* CASE NUMBER: 502019CA006381XXXXMB Div: AJ \*\*\*\*

Filing # 89507130 E-Filed 05/14/2019 03:13:03 PM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:

LEE ALLEN KUSHNER, JR.,

    Plaintiff,

vs.

JAMES RIVER INSURANCE COMPANY,

    Defendant.

_____/

DATE 6/6/19  TIME 3:16pm
INITIALS JA   ID#

+Reg
+Int

## SUMMONS

TO THE SHERIFF OF SAID STATE:

**YOU ARE HEREBY COMMANDED** to serve this summons and a copy of this Complaint, Interrogatories and Request For Production to Defendant JAMES RIVER INSURANCE COMPANY by serving:

    JAMES RIVER INSURANCE COMPANY
    6641 WEST BROAD STREET
    SUITE 300
    RICHMOND, VA 23230

    Defendant is required to serve its response to the Complaint on Plaintiff's attorneys via E-Mail to

    Primary email:    jburns@jbinjurylaw.com

Jonathan S. Burns, Esq.
Fla. Bar No. 0027555
JB Law, P.A.
2300 Glades Road, Suite 460W
Boca Raton, FL 33431
(561) 717-9551/(561) 431-7737 (fax)

**within 20 days after service** of this summons on that respondent, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorneys or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

NOT A CERTIFIED COPY

DATED ON _____ May 15 , 2019.

Clerk of the Court

By:_____

As Deputy Clerk  DANIELA MONTALVAN



**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiffs' Attorney named above.

JB Law, P.A. 2300 Glades Road, Suite 460W, Boca Raton, FL 33431
Phone: (561) 717-9551; Fax: (561) 431-7737